**Dismissed and Memorandum Opinion filed November 5, 2015.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-15-00888-CV

---

**JEFF WATERS, Appellant**

**V.**

**TEXAIR VENDING, LLC AND MARK RUTOWSKI, Appellees**

---

**On Appeal from the 127th District Court
Harris County, Texas
Trial Court Cause No. 2014-18943**

---

### M E M O R A N D U M     O P I N I O N

This permissive appeal is from an order signed October 6, 2015. The appeal was erroneously assigned to this court. Appellant has filed a motion to transfer this appeal to the First Court of Appeals. Because this appeal is currently docketed as appeal number 01-15-00896-CV in the First Court of Appeals, the motion is denied and this appeal is ordered dismissed.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Christopher and Donovan.